IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SHELIA K. THOMPSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:07-cv-0175 |
| ) | |
| MICHAEL J. ASTRUE, ) | Judge Thomas A. Wiseman, Jr. |
| COMMISSIONER OF SOCIAL SECURITY ) | |
| ) | |
| Defendant. ) | |

## ORDER and FINAL JUDGMENT

Before the Court is Plaintiff Shelia K. Thompson's Motion for Judgment on the Administrative Record (Doc. No. 13) and supporting memorandum (Doc. No. 14) seeking judicial review of the Commissioner's denial of her claim for Supplemental Security Income ("SSI").

For the reasons set forth in the accompanying Memorandum Opinion, the Court finds that the ALJ's decision is supported by substantial evidence in the record, and that the ALJ applied the correct legal principles in reaching his decision. Accordingly, the Plaintiff's Motion (Doc. No. 13) is **DENIED** and the decision of the Commissioner **AFFIRMED**. Judgment is hereby entered in favor of the Commissioner and this matter is **DISMISSED**.

It is so **ORDERED**.

This is a final judgment for purposes of Fed. R. Civ. P. 58.

_____
Thomas A. Wiseman, Jr.
Senior U.S. District Judge